UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BRENDA GIVENS, et al.,                )
                                      )
        Plaintiffs,                   )
                                      )
    vs.                               )          No. 4:18-CV-1732 SPM
                                      )
                                      )
SAINT LOUIS COUNTY, et al.,           )
                                      )
        Defendants.                   )

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Compel Defendant St. Louis County (Doc. 206). A status conference was held on March 29, 2022, where the undersigned also heard oral argument from the parties regarding Plaintiffs' motion. (Doc. 208). The Court then entered an Order requiring Defendant St. Louis County to file a response to the motion by March 31, 2022. (Doc. 209). Defendant filed its Response (Doc. 210) and included the necessary verification discussed at both the status conference and in accordance with the Court's December 23, 2021 Order (Doc. 188). Based on the foregoing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Defendant St. Louis County (Doc. 206) is **DENIED** as moot.

_____

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of April, 2022.