# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRENDA GIVENS, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 4:18-CV-1732-SPM |
| SAINT LOUIS COUNTY, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Frank J. Smith, Jr.'s Motion to Withdraw as Attorney (Doc. 222). A status conference was held on April 12, 2022, where the undersigned heard from the parties regarding Mr. Smith's motion and its impact on the trial currently scheduled to begin on April 25, 2022. (Doc. 224). Because the Court grants Mr. Smith's motion, Defendant St. Louis County ("Defendant") must file an entry of appearance for its substitute counsel no later than April 14, 2022. As discussed at the status conference, the undersigned will give Defendant a brief continuance of up to and including April 14, 2022, to file its pre-trial motions and any supplements in accordance with the Court's Order (Doc. 204). If Defendant fails to comply with this extension, no further extensions will be provided and failure to comply may also result in the imposition of sanctions.

Based on the foregoing,

**IT IS HEREBY ORDERED** that Frank J. Smith, Jr.'s Motion to Withdraw as Attorney (Doc. 222) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant St. Louis County must file an entry of appearance of its substitute counsel no later than April 14, 2022.

**IT IS FURHTER ORDERED** that Defendant St. Louis County must file its pre-trial motions and any supplements in compliance with the Court's Order (Doc. 204) no later than April 14, 2022 as outlined above.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of April, 2022.